GEORGE A. ACERO  (SBN:  226709)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402
gacero@gordonrees.com

Attorneys for Defendants CALIFORNIA EXPOSITION & STATE FAIR (erroneously sued as CAL EXPO, a public entity), NORBERT BARTOSIK, CEO and General Manager of California Exposition & State Fair, BRIAN MAY, Deputy General Manager, POLICE CHIEF ROBERT CRAFT, SERGEANT CRAIG WALTON (sued as Cal Expo Police Sergeant Walton), OFFICER ROBERT WHITTINGTON (sued as Cal Expo Police Officer Whittington), OFFICER LARRY MENARD (sued as Cal Expo Police Officer Menard), OFFICER EVEREST ROBILLARD (sued as CAL EXPO POLICE OFFICER ROBILLARD), and OFFICER JOHN TATARAKIS (erroneously sued as Cal Expo Police Officer Tartarsik)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, DENIZ BOLBOL, SHANNON CAMPBELL AND MARK ENNIS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL EXPO, a public entity, CAL EXPO GENERAL MANAGER NORBERT BARTOSIK, CAL EXPO DEPUTY GENERAL MANAGER BRIAN MAY, CAL EXPO POLICE CHIEF ROBERT CRAFT, CAL EXPO POLICE SERGEANT WALTON, CAL EXPO POLICE OFFICER MAYES, CAL EXPO POLICE OFFICER WHITTINGTON, CAL EXPO POLICE OFFICER MENARD, CAL EXPO POLICE OFFICER ROBILLARD, CAL EXPO POLICE OFFICER TARTARSIK, and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | CASE NO.  2:11-CV-02456-KHM-EFB<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING; ORDER** |

/ / /

/ / /

The parties have entered into the following stipulation to extend the time for Defendants to file a responsive pleading. Defendants believe the complaint was not appropriately served on all the individual defendants and intended on filing a motion to dismiss for improper service. The parties have met and conferred on this matter. To avoid the time and expense in adjudicating such a motion, the parties have reached the following agreement:

1. All Defendants, save Officer Rocky Mayes, will agree to deem service on them as proper;

2. Plaintiffs will agree to give all Defendants (including Defendant Mayes) until November 18, 2011 to file a responsive pleading;

3. All Defendants, save Officer Rocky Mayes, will agree to give Plaintiffs until December 15, 2011, oppose their motion to dismiss;

4. Defendant Mayes is in the process of obtaining counsel, which is part of the reason an extension is necessary. He will be asked to join the stipulation on service and the extension on the opposition once he retains his own counsel.

IT IS SO STIPULATED.

Dated: November 4, 2011              GONZALEZ & LEIGH, LLP


                                     By: /s/ G. Whitney Leigh_____
                                         G. WHITNEY LEIGH
                                     Attorneys for Plaintiffs DENIZ BOLBOL and
                                     SHANNON CAMPBELL



Dated: November 4, 2011              LAW OFFICES OF DAVID J. BEAUVAIS


                                     By: __/s/ David J. Beauvais_____
                                         DAVID J. BEAUVAIS
                                     Attorneys for Plaintiff MARK ENNIS

1  Dated:  November 4, 2011

2                                                                By:   /s/ Joseph P. Cuviello
                                                                         JOSEPH P. CUVIELLO
3                                                                     Plaintiff in Pro Se

4
   November 4, 2011                                              GORDON & REES LLP
5

6
                                                                 By:  /s/ George A. Acero
7                                                                        GEORGE A. ACERO
                                                                     Attorneys for Defendants CALIFORNIA
8                                                                    EXPOSITION & STATE FAIR,
                                                                     NORBERT BARTOSIK, CEO and
9                                                                    General Manager of California Exposition
                                                                     & State Fair, BRIAN MAY, Deputy
10                                                                   General Manager, Police Chief ROBERT
                                                                     CRAFT, Sergeant CRAIG WALTON,
11                                                                   Officer ROBERT WHITTINGTON,
                                                                     Officer LARRY MENARD, Officer
12                                                                   EVEREST ROBILLARD, and Officer
                                                                     JOHN TATARAKIS
13

14
                **PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**
15

16  **Date:  11/30/2011**

17                                                      _____
                                                        UNITED STATES DISTRICT JUDGE
18