GEORGE A. ACERO  (SBN:  226709)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402
gacero@gordonrees.com


Attorneys for Defendants CALIFORNIA EXPOSITION & STATE FAIR (erroneously sued as CAL EXPO, a public entity), NORBERT BARTOSIK, CEO and General Manager of California Exposition & State Fair, BRIAN MAY, Deputy General Manager, POLICE CHIEF ROBERT CRAFT, SERGEANT CRAIG WALTON (sued as Cal Expo Police Sergeant Walton), OFFICER ROBERT WHITTINGTON (sued as Cal Expo Police Officer Whittington), OFFICER LARRY MENARD (sued as Cal Expo Police Officer Menard), OFFICER EVEREST ROBILLARD (sued as CAL EXPO POLICE OFFICER ROBILLARD), and OFFICER JOHN TATARAKIS (erroneously sued as Cal Expo Police Officer Tartarsik)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOSEPH P. CUVIELLO, DENIZ BOLBOL, SHANNON CAMPBELL AND MARK ENNIS, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>CAL EXPO, a public entity, CAL EXPO GENERAL MANAGER NORBERT BARTOSIK, CAL EXPO DEPUTY GENERAL MANAGER BRIAN MAY, CAL EXPO POLICE CHIEF ROBERT CRAFT, CAL EXPO POLICE SERGEANT WALTON, CAL EXPO POLICE OFFICER MAYES, CAL EXPO POLICE OFFICER WHITTINGTON, CAL EXPO POLICE OFFICER MENARD, CAL EXPO POLICE OFFICER ROBILLARD, CAL EXPO POLICE OFFICER TARTARSIK, and DOES 1-20, in their individual and official capacities, Jointly and Severally,<br><br>Defendants. | CASE NO.  2:11-CV-02456-KHM-EFB<br><br>**STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING; ORDER** |
|---|---|

/ / /

/ / /

-1-
STIPULATION TO EXTEND TIME TO FILE A RESPONSIVE PLEADING; ORDER
2:11-CV-024456-KJM-EFB

The parties have entered into the following stipulation to extend the time for Defendants to file a responsive pleading. Defendants believe the complaint was not appropriately served on all the individual defendants and intended on filing a motion to dismiss for improper service. The parties have met and conferred on this matter. To avoid the time and expense in adjudicating such a motion, the parties have reached the following agreement:

1. All Defendants, save Officer Rocky Mayes, will agree to deem service on them as proper;

2. Plaintiffs will agree to give all Defendants (including Defendant Mayes) until November 18, 2011 to file a responsive pleading;

3. All Defendants, save Officer Rocky Mayes, will agree to give Plaintiffs until December 15, 2011, oppose their motion to dismiss;

4. Defendant Mayes is in the process of obtaining counsel, which is part of the reason an extension is necessary. He will be asked to join the stipulation on service and the extension on the opposition once he retains his own counsel.

IT IS SO STIPULATED.

Dated: November 4, 2011                     GONZALEZ & LEIGH, LLP


By: /s/ G. Whitney Leigh_____
    G. WHITNEY LEIGH
Attorneys for Plaintiffs DENIZ BOLBOL and SHANNON CAMPBELL


Dated: November 4, 2011                     LAW OFFICES OF DAVID J. BEAUVAIS


By: \_\_/s/ David J. Beauvais_____
    DAVID J. BEAUVAIS
Attorneys for Plaintiff MARK ENNIS

Dated:  November 4, 2011

                                            By:   /s/ Joseph P. Cuviello
                                                  JOSEPH P. CUVIELLO
                                          Plaintiff in Pro Se

November 4, 2011                        GORDON & REES LLP

                                          By: /s/ George A. Acero
                                               GEORGE A. ACERO
                                          Attorneys for Defendants CALIFORNIA EXPOSITION & STATE FAIR, NORBERT BARTOSIK, CEO and General Manager of California Exposition & State Fair, BRIAN MAY, Deputy General Manager, Police Chief ROBERT CRAFT, Sergeant CRAIG WALTON, Officer ROBERT WHITTINGTON, Officer LARRY MENARD, Officer EVEREST ROBILLARD, and Officer JOHN TATARAKIS

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

**Date: 11/30/2011**

                                            _____
                                            UNITED STATES DISTRICT JUDGE