IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH P. CUVIELLO, et al.,

    Plaintiffs,

vs.

CAL EXPO, et al.,

    Defendants.

                               /

No. 2:11-CV-2456 KJM EFB

ORDER

This case was on calendar on July 12, 2013 for argument on plaintiffs' motion for a temporary restraining order and preliminary injunction.

Plaintiff Joseph Cuviello appeared pro se; Gilbert Leigh appeared for plaintiffs Deniz Bolbol and Shannon Campbell; and Matthew Siroka appeared for plaintiff Mark Ennis. George Acero appeared for defendant Cal Expo; Erich Lidl appeared telephonically for Rocky Mayes.

After considering the parties' arguments, the court grants the plaintiffs' application for a temporary restraining order in the following respect:

Defendants are enjoined from preventing plaintiffs from handing out leaflets in the public areas of Cal Expo outside of the Free Expression Zones during the California State Fair, July 12-28, 2013.

DATED: July 12, 2013.

_____
UNITED STATES DISTRICT JUDGE