1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JOSEPH P. CUVIELLO, et al.,              Civ No. S-11-2456 KJM EFB

12              Plaintiffs,

13        v.                                  ORDER

14   CAL EXPO, et al.,

15              Defendants

16

17        In the original complaint and the First Amended Complaint, plaintiffs included a

18   facial and as applied challenge to California Penal Code section 853.6(i)(7); in both pleadings the

19   line below the caption of the claim says that it is brought by "all plaintiffs against the State of

20   California." ECF No. 2 at 27; ECF No. 30 at 35.

21        In its order dated July 29, 2013, the court directed plaintiffs to show cause why

22   this cause of action should not be dismissed for failure to serve the State of California.  ECF No.

23   126 at 34.

24        On August 12, 2013, plaintiffs responded that this was "an error," as they intended

25   to bring the claim against the officers.  ECF No. 128 at 2.   Defendants have filed a response,

26   complaining that they had not responded earlier to this claim because the complaint identified the

27   defendant as the State of California.  They also allege that Cal Expo should not be expected to

28   /////

                                      1

1   defend the facial constitutionality of the statute as it is not the proper defendant and that plaintiffs

2   cannot bring a cause of action against the officers for violations of the Penal Code.  ECF No. 129.

3              The court declines to resolve the questions raised by defendants' objections.  To

4   the extent the State of California appears to be a defendant in this action, it is DISMISSED.  The

5   court expresses no opinion on the viability of the claim against other defendants.  It does,

6   however, direct the parties to meet and confer about the propriety of including this claim in the

7   Second Amended Complaint.

8              IT IS SO ORDERED.

9   DATED:   August 23, 2013.

10

11   _____
                    UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28