UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH P. CUVIELLO, et al., | Civ No. S-11-2456 KJM EFB |
| Plaintiffs, | |
| v. | ORDER |
| CAL EXPO, et al., | |
| Defendants | |

In the original complaint and the First Amended Complaint, plaintiffs included a facial and as applied challenge to California Penal Code section 853.6(i)(7); in both pleadings the line below the caption of the claim says that it is brought by "all plaintiffs against the State of California." ECF No. 2 at 27; ECF No. 30 at 35.

In its order dated July 29, 2013, the court directed plaintiffs to show cause why this cause of action should not be dismissed for failure to serve the State of California. ECF No. 126 at 34.

On August 12, 2013, plaintiffs responded that this was "an error," as they intended to bring the claim against the officers. ECF No. 128 at 2. Defendants have filed a response, complaining that they had not responded earlier to this claim because the complaint identified the defendant as the State of California. They also allege that Cal Expo should not be expected to

/////

1

defend the facial constitutionality of the statute as it is not the proper defendant and that plaintiffs cannot bring a cause of action against the officers for violations of the Penal Code.  ECF No. 129.

The court declines to resolve the questions raised by defendants' objections.  To the extent the State of California appears to be a defendant in this action, it is DISMISSED.  The court expresses no opinion on the viability of the claim against other defendants.  It does, however, direct the parties to meet and confer about the propriety of including this claim in the Second Amended Complaint.

IT IS SO ORDERED.

DATED:   August 23, 2013.

_____
UNITED STATES DISTRICT JUDGE